USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 8/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA, :
:
-against- :
:
ULDIS LIVZEMNIEKS, : 1:26-cr-376-GHW
:
Defendant. : ORDER

------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

An initial conference in this matter will take place on September 2, 2026 at 10:00 a.m. The conference will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the conference as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: August 28, 2026
New York, New York

GREGORY H. WOODS
United States District Judge