USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/21/2026

Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMORANDUM ENDORSED**

September 21, 2026

**Via ECF**

Application granted. The conditions of the defendant's bond are modified to require one financially responsible co-signer and one additional co-signer for moral suasion.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 13.

SO ORDERED.
Dated: September 21, 2026

GREGORY H. WOODS
United States District Judge

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Re.** **United States v. Uldis Livzemnieks**
**26 Cr. 376 (GHW)**

Dear Judge Woods,

I write to respectfully request modification of the personal recognizance bond in the above-captioned matter. Specifically, I request that the requirement that both co-signers of the bond be financially responsible persons be amended to require one financially responsible person and one additional co-signer for moral suasion. The Government has no objection to this request.

Mr. Livzemnieks was arrested on August 27, 2026 and released the same day subject to an agreed-upon bail package, which included, among other conditions, a $75,000 personal recognizance bond co-signed by two financially responsible persons. Mr. Livzemnieks has abided by all the conditions of his release and has appeared in court, at Pretrial Services, and at counsel's office as directed since his arrest, but the defense has only been able to identify one co-signer who qualifies under the Government's rules as a financially responsible person. Mr. Livzemnieks has another co-signer who is willing and able to sign his bond, but this person does not so qualify. Both potential co-signers have already been interviewed and approved by the Government and, if the requested modification is granted, both will be held fully responsible for the monetary portion of the bond, if the Court were ever to order it forfeited. As noted, the Government does not object to the requested modification.

Accordingly, I respectfully request that the Court modify the conditions of the personal recognizance bond to require one financially responsible co-signer and one additional co-signer for moral suasion. I thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc: Counsel of record